**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 09-53291 |
| | : | |
| HONNOLD, KATHRYN S | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $2.35 represents the total sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LOWES CONSUMER<br>25 SE 2nd Ave Ste 1120<br>Miami FL  33131 | 8 | $2.35 |

| Total Unclaimed/Small<br>Dividends $25.00 or Under | Total Unclaimed Dividends<br>Over $25.00 |
|---|---|
| $2.35 | $0.00 |

Dated: August 4, 2010

/s/ David M. Whittaker
David M. Whittaker, Trustee   (0019307)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH  43215
Phone:  (614) 227-2355
Fax:  (614) 227-2390
Email:  dwhittaker@bricker.com

cc:     United States Trustee

| | | |
|---|---|---|
| Claim 000008, Payment 1.2942%<br>Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LOWES CONSUMER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 | **BANK OF AMERICA, N.A.**<br>32-1/1110 TX 0<br><br>CHECK NUMBER<br>**110**<br>DATE: 08/03/10    AMOUNT: ***********2.35 |

**2385435**
PAY TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
OH

| CASE NUMBER | ESTATE OF |
|---|---|
| 09-53291    JEH | Debtor: HONNOLD, KATHRYN S |

*Two Dollars And 35/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000110⑈ ⑆111000012⑆ 4437409940⑈

---

| Date: 08/03/10 | Check Number: 110 | Amount: 2.35 |
|---|---|---|
| Case Number: 09-53291    JEH<br>Debtor Name: HONNOLD, KATHRYN S | | |
| **PAID TO:** **UNITED STATES BANKRUPTCY COURT OH** | Trustee: | DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 |
| Description: Claim 000008, Payment 1.2942%    Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LOWES CONSUMER<br>25 SE 2nd Ave Ste 1120 | | |
| Bank Account Number: 4437409940 | | |